136

982 A.2d 1218

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Scott MEANS aka Daren Williams, Petitioner.**

**No. 91 EM 2009.**

Supreme Court of Pennsylvania.

Oct. 15, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2009, the Motion for Leave to File Motion for Reconsideration *Nunc Pro Tunc* is **DENIED.**